1  ALAN R. BRAYTON, ESQ., S.B. #73685
   RICHARD M. GRANT, ESQ., S.B. #55677
2  BRAYTON❖PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiffs
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARION SPILMON, et al.,              ) | No. C09-01123 WHA
12 |         Plaintiffs,                   ) | STIPULATION TO DISMISS
   |                                       ) | DEFENDANT CROWN CORK & SEAL
13 | vs.                                   ) | AND REMAND CASE TO SAN
   |                                       ) | FRANCISCO SUPERIOR COURT
14 | ASBESTOS DEFENDANTS (BP), et al.,     ) |
   |                                       ) | **AND ORDER**
15 |         Defendants.                   ) |

16

17       Come now Plaintiffs MARION SPILMON, et al. ("Plaintiffs") and Defendant CROWN

18 CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant to

19 Local Rules 7-1 and 7-12:

20       WHEREAS, defendant CC&S removed this case to the United State District Court for

21 the Northern District of California on March 13, 2009, on the ground that the court has "federal

22 officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiffs'

23 allegations that his injury was caused by products designed and manufactured by CC&S under

24 the supervision and control of the United States government;

25       WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant

26 joined in removal or filed a separate notice of removal;

27       WHEREAS, Plaintiffs and Defendant CC&S, the affected parties, have now reached a

28 resolution of Plaintiffs' claims against CC&S;

1  WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot
2  and given the resolution of Plaintiffs' claims against it; and
3  WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant CC&S seek to
4  have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,
5  Plaintiffs and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby
6  are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and
7  that this action shall be, and hereby is, immediately remanded to the San Francisco County
8  Superior Court, the court in which it was originally filed and from which it was removed.
9  Dated: March 18, 2009              BRAYTON ❖ PURCELL LLP

11  By: _____
        Richard M. Grant
12      Attorneys for Plaintiffs

14
15  Dated: March 18, 2009              ARMSTRONG & ASSOCIATES, LLP

17  By: _____

18      Attorneys for Defendant CROWN CORK &
        SEAL

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the
    Superior Court of California, County of San Francisco, Case No 274828. The Clerk shall send
    a certified copy of this Order to the Clerk of the Court for the Superior Court of California,
    County of San Francisco.

25  Dated: April 1, 2009      By: _____
                                   UNITED STATES
                                   WILLIAM ALSUP
                                   Judge William Alsup

    *IT IS SO ORDERED*

K:\Injured\110221\Fed-STIP-DISMISS CC&S.wpd         2
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN
FRANCISCO SUPERIOR COURT; C09-01123 WHA

<u>PROOF OF SERVICE</u>

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 26, 2009, I served the attached:

**STIPULATION TO DISMISS DEFENDANT CROWN CORK AND SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST**

__XXX__    BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 26, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

<u>Marion Spilmon, et al. v. Asbestos Defs.</u>
U.S.D.C. No. C09-01123 WHA

Brayton-Purcell Service List
Case 3:09-cv-01123-WHA   Document 10   Filed 04/01/09   Page 4 of 4
1
Date Created: 3/26/2009-1:57:47 PM
Created by: LitSupport - ServiceList - Live
Matter Number: 110221.001 - Marion Spilmon
Run By : Ehni, Jane (JAE)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA  94596
925-930-6600   925-930-6620 (fax)
**Defendants:**
  Waldron, Duffy, Inc. (WALDUF)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA  94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc. (CC&S)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA  94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA  94608-2604
510-658-3600   510-658-1151 (fax)
**Defendants:**
  M. Slayen & Associates, Inc. (SLAYEN)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA  94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
  Berry & Berry (B&B)

**Foley & Mansfield PLLP**
1111 Broadway, 10th Floor
Oakland, CA  94607
510-590-9500   510-590-9595 (fax)
**Defendants:**
  Riley Power Inc. (RILPOW)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA  94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Goodyear Tire & Rubber Company, The (GOODYR)
  Ingersoll-Rand Company (INGRSL)
  Leslie Controls, Inc. (LESCON)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA  94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
  Eaton Electrical Inc. (EATELE)
  IMO Industries, Inc. (IMOIND)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA  94133
415-982-6300   415-982-6700 (fax)
**Defendants:**
  General Dynamics Corporation (GENDYN)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA  94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA  94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
  Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA  94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Garlock Sealing Technologies, LLC (GARLCK)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA  94111
415-979-0100   415-979-0747 (fax)
**Defendants:**
  Uniroyal Holding, Inc. (UNIROY)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA  90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  Viacom, Inc. (VIACOM)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA  94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA  94105-2708
415-882-5000   415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation (RAPID)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA  94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Quintec Industries, Inc. (QUINTC)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA  94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)